IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 13-cr-00034-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE GILMORE,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that counsel for the shall retain custody of their respective exhibits from the suppression hearing, until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 29th day of April 2013.

BY THE COURT:

William J. Martínez, Judge

Attorney for Government

Attorney for Defendant