IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   February 12, 2014 |
| Court Reporter:     Gwen Daniel | Probation: Katrina Devine |

_____

Criminal Action No. 13-cr-00034-WJM           <u>Counsel:</u>

UNITED STATES OF AMERICA,                    David M. Conner

     Plaintiff,

v.

1.    ANDRE GILMORE,                          Brian R. Leedy

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:03 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

The defendant entered into a conditional plea of guilty to Count One of the Indictment, which the Court has accepted.

Court's comments

Discussion/Argument

Sentencing Statement (by Mr. Conner)

Sentencing Statement (by Mr. Leedy)

Argument (by Mr. Conner)

Argument (by Mr. Leedy)

Defendant's Allocution

Colloquy between the Court and Probation Officer Devine

**ORDERED:  Defendant's Motion For Non-Guideline Sentence [42] is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment on September 4, 2013.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Andre Gilmore, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 28 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse program, and that the defendant take advantage of such a program during his imprisonment.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:  Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard**

**conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

3. **The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

4. **The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days, and shall observe the rules of that facility. The defendant may be released from the Residential Reentry Center early with the permission of his Probation Officer if he secures a suitable residence**

5. **Given the request and stipulation of the defendant and his counsel, to the extent the defendant has not earned his GED**

        **certificate during incarceration, the defendant shall complete, earn and obtain his GED certificate during the period of supervision.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed pursuant to his conditional plea of guilty.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:40 p.m.   Court in Recess
              Hearing concluded
              Time: one hour and 37 minutes